No. 99–8209.  DAVIDSON v. NEW HAMPSHIRE.  C. A. 1st Cir. Certiorari denied.

No. 99–8210.  GAINES v. DALLAS COUNTY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–8212.  DeLEON v. GARCIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–8218.  BARGAS v. BURNS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 99–8220.  CRAWFORD v. HILL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–8228.  UTLEY v. BELL, WARDEN, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 99–8229.  THOMAS v. BROWN & WILLIAMSON TOBACCO CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–8230.  VANDORSTEN v. LeCUREUX, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–8232.  MURRAY v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT.  C. A. 3d Cir.  Certiorari denied.

No. 99–8236.  LEWIS v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 99–8239.  McGREGOR v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 99–8240.  COLE v. CITY OF TAMPA, FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 99–8250.  FRAZIER v. LEA COUNTY DISTRICT COURT. Sup. Ct. N. M.  Certiorari denied.

No. 99–8251.  HARTLINE v. STEWART ET AL.  C. A. 11th Cir. Certiorari denied.

No. 99–8252.  DIXON v. HEARD, WARDEN, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 99–8253.  DANIELS v. GALAZA, WARDEN.  C. A. 9th Cir. Certiorari denied.